IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KIEL T. GREENLEE, et al.,

        Plaintiffs,   :   Case No. 3:16-cv-64

-vs-

    District Judge Walter Herbert Rice
    Magistrate Judge Michael R. Merz

SANDY'S TOWING AND RECOVERY, INC.,
et al.,

        Defendants.   :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 5), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Plaintiffs' Motion for Summary Judgment (ECF No. 4) is denied without prejudice.

March 15, 2016.

                                              Walter Herbert Rice
                                              United States District Judge